# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2708
LT Case No. 2009-CF-1143

_____

MICHAEL A. CHEEK,

　　Appellant,

　　v.

STATE OF FLORIDA,

　　Appellee.

_____

3.850 Appeal from the Circuit Court for Citrus County.
Joel Fritton, Judge.

Michael A. Cheek, Lowell, pro se.

No Appearance for Appellee.

March 5, 2024

PER CURIAM.

　　AFFIRMED.

MAKAR, JAY, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____